B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District Of California

In re: CARLOS A RODRIGUEZ                                    Case No. 15-12404

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 | Cam V Trust, its successors and\or assignees |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 9309

Court Claim # (if known): 2-2
Amount of Claim: $230,980.52
Date Claim Filed: 09/23/2015

Phone: 415-491-8900
Last Four Digits of Acct. #: 2173

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 9309

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dipika Parmar
    AIS Portfolio Services, LP as agent                    Date 06/21/2018
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| Case Name: CARLOS A RODRIGUEZ | ) ) ) ) | Case No. 15-12404<br>Judge: Neil W. Bason<br>Chapter: 13 |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE**

PLEASE BE ADVISED that on 06/21/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 06/21/2018 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
CARLOS A RODRIGUEZ
2639 LOOSMORE STREET,
LOS ANGELES, CA 90065

I hereby certify that on 06/21/2018 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
KATHY A DOCKERY
700 S FLOWER STREET SUITE 1950,
LOS ANGELES, CA 90017

Debtor's counsel:
ATTORNEY AT LAW
RAYMOND PEREZ
8607 IMPERIAL HWY STE 100,
DOWNEY, CA 90242

All Parties in Interest
All Parties requesting Notice

By: /s/ Dipika Parmar
Dipika Parmar, AIS Portfolio Services, LP.
Transferee/Transferee's Agent